## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### ORDER: Circuit Rule 33

August 29, 2011

| | |
|---|---|
| No.: 11-2688 | DORIS J. MASTERS, individually and on behalf of a class of similarly situated individuals,<br>Plaintiff - Appellee<br><br>v.<br><br>LOWE'S HOME CENTER, INCORPORATED, doing business as LOWE'S,<br>Defendant - Appellee<br><br>APPEAL OF: GRACE M. CANNATA |
| **Originating Case Information:** | |
| District Court No: 3:09-cv-00255-JPG-PMF<br>Southern District of Illinois<br>District Judge J. Phil Gilbert | |

Pursuant to Circuit Rule 33, briefing in this appeal is **SUSPENDED** pending further court order. A notice of Circuit Rule 33 Settlement Conference will issue shortly and be posted separately to the docket.

form name: **c7_Order_CR33**(form ID: **186**)