**No. 11-2688**

---

**UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

---

**GRACE M. CANNATA**
*Plaintiff-Appellant,*

vs.

**DORIS J. MASTERS**, individually and on behalf of all others similarly situated
*Plaintiff-Appellee,*

vs.

**LOWE'S HOME CENTER, INC**,
*Defendant-Appellee.*

---

**PLAINTIFF-APPELLANT'S MOTION FOR VOLUNTARY DISMISSAL**

---

Appeal from the United States District Court
For the Southern District of Illinois,
No. 09-cv-255-JPG-PMF
The Honorable J. Phil Gilbert

---

Sam P. Cannata
9555 Vista Way, Ste. 200
Cleveland, Ohio 44125
Telephone: (216) 214-0796

Attorney for Plaintiff-Appellant

In accordance with discussions held under Federal Rule of Appellate Procedure 33, the Appellant Grace M. Cannata, by and through her attorney Sam P. Cannata, moves the Court to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b).  It is agreed that all parties will bear their own costs to be paid and pay any fees that are due.

    Respectfully submitted,

*s/ Sam P. Cannata*
Sam P. Cannata

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system on December 8, 2011.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*s/ Sam P. Cannata*
Sam P. Cannata